

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

This is an appeal from an eviction judgment. Appellant filed his notice of appeal and a document entitled "Notice of Eviction Appeal and Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" with this court on September 16, 2016. Appellant had also filed an affidavit of inability to pay costs on appeal in the justice court, pursuant to Texas Property Code section 24.0052. The clerk's record does not contain any contest to appellant's claim of indigence in the trial court. Therefore, it appears appellant is entitled to pursue his appeal in this court without payment of costs. See TEX. R. APP. P. 20.1(b) (amended, eff. Sept. 1, 2016).

Ms. Brooke Wagner is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On September 26, 2016, Ms. Wagner filed a Notification of Late Record stating appellant had not designated a record and appellant was not entitled to appeal without paying her fee.

Appellant is entitled to the reporter's record without payment of any cost; however, if appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than October 10, 2016, that a reporter's record be prepared and (2) designate in writing, no later than October 10, 2016, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than October 10, 2016.

If appellant fails to provide such written proof that he has designated the record within the time provided above, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

If appellant designates the reporter's record, Ms. Wagner is ORDERED to file the record within thirty days of receiving the designation.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court